UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERMAINE GORE,<br><br>              Plaintiff,<br><br>  v.<br><br>TACOMA POLICE DEPARTMENT, et al.,<br><br>              Defendants. | CASE NO. C18-5075 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 76, and Plaintiff Jermaine Gore's ("Gore") objections to the R&R, Dkt. 77.

On October 14, 2020, Judge Fricke issued the R&R recommending that the Court grant Defendants' motion for summary judgment because Gore's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and that Gore's *in forma pauperis* status be revoked for purposes of appeal. Dkt. 76. On October 29, 2020, Gore filed objections. Dkt. 77. On November 12, 2020, Defendants responded. Dkt. 78. Gore did not reply.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Gore objections are without merit. His § 1983 claims challenge the legality of his arrest, search, and convictions. These claims are squarely barred by *Heck*. Therefore, the Court having considered the R&R, Gore's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' motion is **GRANTED**;

(3) Gore's *in forma pauperis* status is **REVOKED** for purposes of appeal; and

(4) The Clerk shall enter a JUDGMENT and close the case.

Dated this 30th day of November, 2020.

BENJAMIN H. SETTLE
United States District Judge